[No. 54344-0-I.  Division One.  June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ERIC COX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-02706-3, Brian D. Gain, J., entered May 28, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54379-2-I.  Division One.  June 13, 2005.]

*In the Matter of the Personal Restraint of* JEREMY AVRAM BOX, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 54403-9-I.  Division One.  June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00178-6, Charles S. French, J., entered May 18, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54454-3-I.  Division One.  June 13, 2005.]

MICHAEL J. McCAUGHAN, *Appellant*, v. THERO MITCHELL, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-08266-6, James H. Allendoerfer, J., entered June 22, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Kennedy, J.